IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JACIEL GONZALEZ-MARTINEZ, | § | |
| #88511-279 | § | CIVIL ACTION NO. 4:16cv429 |
| | § | CRIMINAL ACTION NO. 4:11cr154(1) |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding the motion to vacate, set aside, or correct sentence should be denied and the case dismissed with prejudice. No objections have been filed. After reviewing the Report, the court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.

It is accordingly **ORDERED** Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Dkt. 1) pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

**So ORDERED and SIGNED this 17th day of January, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE